UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR-08-0003-EFS |
| vs. | ) ) | Order Granting United States' |
| JAMES ALLEN HARRIS, | ) ) | Motion To Quash Summons And Order Directing Issuance |
| Defendant. | ) | Of Arrest Warrant |

THIS MATTER coming before the court upon Motion by the United States for an order quashing the Summons issued in the above-entitled action and for an order directing issuance of an Arrest Warrant, the court having considered the Motion and the court being fully advised in the premises,

**IT IS ORDERED** that the Motion (**Ct. Rec. 5**) is **GRANTED** and the Summons in this matter shall be quashed.

**IT IS FURTHER ORDERED** that the Clerk of the Court issue a Arrest Warrant for the Defendant, JAMES ALLEN HARRIS.

DATED January 15, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order - 1
08cr003efs-1-15-2.wpd