UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CR-08-0003-EFS |
| vs. | ) ) | |
| JAMES ANDREW HARRIS, | ) ) | Order Granting United States' Motion To Quash Summons And Order Directing Issuance |
| Defendant. | ) ) | Of Arrest Warrant |

THIS MATTER coming before the court upon Motion by the United States for an order quashing the Summons issued in the above-entitled action and for an order directing issuance of an Arrest Warrant, the court having considered the Motion and the court being fully advised in the premises,

**IT IS ORDERED** that the Motion **(Ct. Rec. 10)** is **GRANTED** and the Summons in this matter shall be quashed.

**IT IS FURTHER ORDERED** that the Clerk of the Court issue an Arrest Warrant for the Defendant, JAMES ANDREW HARRIS.  The court's prior order directing the Clerk to issue an Arrest Warrant for James Allen Harris is **STRICKEN.**

DATED January 16, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order - 1
08cr003efs-1-16-2.wpd